**INDEX TO EXHIBITS**

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | True and correct copy of Subcontract Number IGS-T4NG-TO26-HMDM | 29-59 |
| B | True and correct copy of Declaration of John E. Baumbauer dated October 10, 2025 | 60-69 |
| C | True and correct copy of Declaration of Bryan F. Walker dated October 13, 2025 | 70-76 |
| D | True and correct copy of Declaration of Clayton A. Henry dated October 10, 2025 | 77-79 |
| E | True and correct copy of Declaration of Joseph A. Kopra dated October 10, 2025 | 80-86 |
| F | True and correct copy of Declaration of Michael L. Baker dated October 10, 2025 | 87-99 |
| G | True and correct copy of September 8, 2025 Letter from Attorney Eriksson to Attorney Maheshwari | 100-104 |
| H | True and correct copy of September 8, 2025 Letter from Attorney Eriksson to Attorney Lee | 105-108 |
| I | True and correct copy of September 10, 2025 Letter from Attorney Price to Attorney Eriksson | 109-111 |
| J | True and correct copy of August 21, 2025 Letter from Attorney Ramaley to Attorney Maheshwari | 112-120 |

INITIATE GOVERNMENT SOLUTIONS, LLC'S ANSWER AND COUNTERCLAIM