# EXHIBIT A





## SUBCONTRACT

| | |
|---|---|
| Subcontract Number | IGS-T4NG-TO26-HMDM |
| Subcontractor Name | Initiate Government Solutions, LLC |
| Subcontract Type | Fixed Price/LOE with Cost Reimbursable Travel (if required) |
| Subcontract Title | Health Middleware and Data Management (HMDM) Development, Security, and Operations (DevSecOps) Support |
| Option Period 1 Period of Performance | September 3, 2024 through January 31, 2025 |
| Not to Exceed Funded Value | $2,459,768.65 |
| Defense Priority Allocation System (DPAS) | Not Rated |

### SPECIFIC TERMS AND CONDITIONS

This Agreement, effective September 3, 2024, by and between the following Parties: Veterans EZ Info, Inc., a corporation duly organized and existing under the laws of State of California, having an office at 1901 1st Avenue, Suite 192, San Diego, CA 92101 (hereinafter "VetsEZ" or "Contractor"), Initiate Government Solutions, LLC, a State of Delaware Limited Liability Company, having an office located at 344 Alhambra Place, West Palm Beach, FL 33405 (hereinafter "Subcontractor"). The work to be performed by Subcontractor under this Subcontract will support VetsEZ's work under Prime Contract No. VA118-16-D-1028; Task Order No. 36C10B22N10280026 entitled "Health Middleware and Data Management (HMDM) Development, Security, and Operations (DevSecOps) Support" that has been issued by the Department of Veterans Affairs (hereinafter "Customer"). The work defined herein shall be performed on a Fixed Price/Level of Effort (FP/LOE) with Cost Reimbursable Travel (if required) basis in accordance with this Subcontract (Specific Terms and Conditions), and any document referenced and incorporated herein.

Article I - Subcontract Type/Funding

(a) This Agreement is a FP/LOE type subcontract that flows down all the terms and conditions of the US Government related to the "Health Middleware and Data Management (HMDM) Development, Security, and Operations (DevSecOps) Support" project.

(b) Subcontractor shall, with due diligence, furnish all necessary categories of qualified personnel, material and travel, managing and directing those personnel as approved and accepted by Contractor in the performance this Agreement.

(c) VetsEZ shall have no obligation to compensate Subcontractor for any amount exceeding the NTE Value stated below unless the Subcontract is modified in writing by the parties.

(d) This Subcontract is currently funded in the amount of **$2,459,768.65** which is anticipated to cover expenses from September 3, 2024 through January 31, 2025. There is the potential for the DMS Tasking to be extended February 1, 2025 through September 27, 2025 which is not awarded,

EXHIBIT A
Page 30





funded and/or exercised at this time. This will be exercised once the Prime Contractor has received its modification. After September 27, 2025 the Period of Performance for the DMS work will align with the Prime Contract Periods of Performance. There is the potential for three (3) additional option periods, which are not awarded, funded and/or exercised at this time. Contractor may exercise option periods provided Contractor receives exercise of option periods under its prime Task Order. Unless modified in writing by mutual agreement of the parties, Subcontractor is not obligated to incur expenses or make commitments in excess of the Subcontract funded amount, and VetsEZ is not obligated to compensate Subcontractor beyond such amount. Subcontractor shall provide the required notices set forth in FAR 52.232.22, Limitation of Funds. The foregoing notification requirement applies to each increment of funds provided to Subcontractor under this Subcontract.

Subcontractor is funded for the portion of VetsEZ's Task Order covered by the NTE funding obligated below for the period of September 3, 2024 through January 31, 2025. Funding is Fixed Price per each funded Labor Category/Role. Subcontractor will be permitted to invoice monthly the amount shown in the "Invoice Amount per Month" column, provided Subcontractor has each role/position fully staffed each month.

At the start of the contract, should Subcontractor experience a delay in staffing a position or a position vacancy, Subcontractor shall have 15 business days to provide a candidate qualified for the labor role for approval by Contractor and the Government. During this 15 business day period, no payment penalty or forfeiture shall be enforced. If Subcontractor is unable to engage a qualified candidate after the 15 business day period, payments for this role may be reduced on a pro rata basis for the period of time the role remains unfilled. Should the Subcontractor's role remain unfilled after 30 business days, Contractor has the right to recover the role and staff with Contractor staff, as well as reduce the dollar value of the subcontract by an amount equivalent to the remaining value for the unfilled role. Any such required adjustments shall only be authorized via a modification to the Subcontract.

Subcontractor is not authorized to adjust and/or reallocate any funding amounts among the labor categories and/or periods. Any such required adjustments shall only be authorized via a modification to the Subcontract.

| Role | LCAT | Projec | Resource Cour | Hours | Funded Amour | Amount Invoiced Per Month | PoP |
|---|---|---|---|---|---|---|---|
| App Dev | Developer Expert | DMS | 3 | 2,352.00 | $ 294,713.55 | $ 58,942.71 | 9/1/2024 - 1/31/2025 |
| Architect (SME) | Integration Engineer Expert | DMS | 1 | 784.00 | $ 129,853.15 | $ 25,970.63 | 9/1/2024 - 1/31/2025 |
| Cache DBA | Developer Expert | DMS | 1 | 784.00 | $ 98,237.85 | $ 19,647.57 | 9/1/2024 - 1/31/2025 |
| Data Integration | Developer Expert | DMS | 1 | 784.00 | $ 98,237.85 | $ 19,647.57 | 9/1/2024 - 1/31/2025 |
| Ensemble Developer | Developer Expert | DMS | 1 | 784.00 | $ 98,237.85 | $ 19,647.57 | 9/1/2024 - 1/31/2025 |
| Network Admin | Developer Expert | DMS | 1 | 784.00 | $ 98,237.85 | $ 19,647.57 | 9/1/2024 - 1/31/2025 |
| Program Analyst | Project Manager | DMS | 1 | 784.00 | $ 89,441.00 | $ 17,888.20 | 9/1/2024 - 1/31/2025 |
| Program Analyst | Program Manager | DMS | 1 | 784.00 | $ 117,641.00 | $ 23,528.20 | 9/1/2024 - 1/31/2025 |
| SQL Developer / Data Analyst | Developer Expert | DMS | 6 | 4,704.00 | $ 589,427.10 | $ 117,885.42 | 9/1/2024 - 1/31/2025 |
| Sr. Data Modeler | Developer Expert | DMS | 1 | 784.00 | $ 98,237.85 | $ 19,647.57 | 9/1/2024 - 1/31/2025 |
| Storage Admin | Integration Engineer Expert | DMS | 1 | 784.00 | $ 129,853.15 | $ 25,970.63 | 9/1/2024 - 1/31/2025 |
| Sys Admin | Developer Expert | DMS | 1 | 784.00 | $ 98,237.85 | $ 19,647.57 | 9/1/2024 - 1/31/2025 |
| Sys Admin | Integration Engineer Expert | DMS | 4 | 3,136.00 | $ 519,412.60 | $ 103,882.52 | 9/1/2024 - 1/31/2025 |
| | Total | | 23 | 18,032.00 | $ 2,459,768.65 | $ 491,953.73 | |

Subcontract escalation of 2.5% will occur on September 28, 2025 and annually thereafter.

EXHIBIT A
Page 31





In addition to providing the above stated labor, Subcontractor is also required to provide the following deliverables to the VetsEZ Program Manager and Facility Security Officer with the exception of the Monthly Spend Plan and Monthly Status Report which are submitted directly to the VetsEZ Technical Representative and accounting@vetsez.com. Note: Days used in the table below refer to calendar days unless otherwise stated. Deliverables with due dates falling on a weekend or holiday shall be submitted the following Government workday after the weekend or holiday.

|  | Subcontract Monthly Progress Report<br>Due NLT than the 5th calendar day of the following month IAW Article X(m). |
| --- | --- |
| 0001AB | Talent Management System (TMS) Training Certificates IAW TO PWS Paragraph 5.1.4.<br><br>Due at subcontract award and updated as needed throughout the PoP. |
| 0001AC | Signed Contractor Rules of Behavior IAW TO PWS Paragraph 5.1.4.<br><br>Due at subcontract award and/or after on-boarding of new employees and annually as required throughout the period of performance for all Subcontractor employees. |

(e) Subcontractor is not authorized to adjust and/or reallocate any funding amounts among the relevant categories (i.e., labor, materials, travel, and ODCs). Any such required adjustments shall only be authorized via a modification to the Subcontract.

(f) Authorized other direct costs, such as travel and/or material, should they be authorized, will be reimbursed on an actual cost basis in accordance with Generally Accepted Accounting Principles and the cost principles of FAR Part 31 applied on a consistent basis. All requests for Subcontractor travel (including travel itineraries) shall be submitted to Contractor thirty (30) days in advance provided the request to travel from the Client permits for thirty (30) days, to enable advance approval by the Contracting Officer's Technical Representative (COTR) or other designated Government representative. All travel shall be in accordance with Subcontract requirements, and the Federal Travel Regulation (FTR) and/or Joint Travel Regulation (JTR) in effect at the time of travel for transportation, lodging, meals, and incidental expenses. OCONUS travel may require additional authorization and approvals. Travel costs incurred will be allowable only to the extent permitted under FAR 31.205-46 and payment for ODCs are subject to the Allowable Cost and Payment clause, FAR 52.216-7 (as flowed down in Attachment I). Travel is also subject to the following limitations:

1. Airfares shall be reimbursed at rates not exceeding regular coach fare unless authorization is given by Contractor for a different fare.
2. Automobile rental shall be for a compact vehicle.
3. The cost for per diem (lodging, meals, and incidental expenses) and personal automobile mileage reimbursement shall not exceed those rates authorized by the FTR and/or JTR in effect during the time of such travel.
4. The use of privately owned (non-commercial) aircraft is not authorized under this Subcontract.





(g) No profit, handling fee and/or General and Administrative fees will be paid on Travel. At completion of this Subcontract, Contractor or the Government will take title to any residual material inventory for which Subcontractor receives payment. Subcontractor shall not purchase or lease any ADP equipment to be charged as a direct cost to the Subcontract without obtaining the prior written approval of Contractor. and /Joint Travel Regulations.

(h) Notwithstanding any other provision, Subcontractor shall maintain sufficient accounting records for verification of costs incurred in the performance of this Agreement. These accounting records shall be available for Contractor and / or Government review during the performance of the Subcontract and for three years after final payment on the Subcontract.

(i) In determining whether or not Subcontractor has performed with due diligence hereunder, it is agreed and understood that Contractor's representative may measure the amount and quality of Subcontractor's effort against the representations made by Subcontractor in the negotiation of subcontract.

Article II – Authorized Representatives; Notices

(a) The following individuals are the Authorized Technical Representatives of the Parties hereto:

| Contractor: | Subcontractor: |
|---|---|
| Mr. Daniel Fink<br>Director, Service Delivery<br>Veterans EZ Info, Inc. | Madeline Larkin<br>COO<br>Initiate Government Solutions, LLC |
| Mr. Saul Goldberg<br>Director, Service Delivery<br>Veterans EZ Info, Inc. | Claudine Beron<br>CEO<br>Initiate Government Solutions, LLC |
| Mr. Timothy Ferony<br>Director, Service Delivery<br>Veterans EZ Info, Inc. | Julie Short<br>Sr. Accountant<br>Initiate Government Solutions, LLC |
| Mr. William Turner<br>Vice President<br>Veterans EZ Info, Inc. | Ellen Lengermann<br>Director PMO<br>initiate Government Solutions, LLC |
| Mr. Jeff Udell<br>Vice President<br>Veterans EZ Info, Inc. | Denice Galeas<br>Human Resource Manager<br>Initiate Government Solutions, LLC |

(b) The Contractor's Technical Representative is responsible for day-to-day clarifications and guidance as may be required within the scope of the technical work requirements. All written communications, however, shall be transmitted through the Contractor's designated Subcontract Representative and the Subcontractor's designated Contract Representative.

(c) Whenever under this Agreement one party is required to give notice to the other, such notice shall

EXHIBIT A
Page 33

 

be in writing and shall be deemed given if mailed by United States mail, registered or certified, return receipt requested, mailed by private carrier (e.g., Federal Express, UPS) or delivered electronically via electronic mail with confirmation of receipt, and appropriately addressed as follows:

| **Contractor:** | **Subcontractor:** |
|---|---|
| Veterans EZ Info, Inc.<br>1901 1st Avenue, Suite 192,<br>San Diego, CA 92101<br>Attn: Earleen K. Smith<br>Director, Contracts & Regulatory Affairs<br>Earleen.smith@vetsez.com | Initiate Government Solutions, LLC<br>344 Alhambra Place<br>West Palm Beach, FL 33405<br>Attn: Claudine Beron<br>CEO<br>claudine.beron@initiatesolutions.com |

(d) Communications with Contractor regarding prices, terms, quantities, deliveries, and financial adjustments shall be made only between the VetsEZ Contractual Representative and Subcontractor's Contract Representative. Actions taken by Subcontractor, which by their nature effect a change to this Subcontract, shall only be binding upon Contractor when done in accordance with Article XXII, Changes. VetsEZ Contractual Representative is the only individual authorized to:

1. Modify any of the terms and conditions of this Subcontract
2. Issue Task/Delivery Orders
3. Issue Task/Delivery Order Modifications
4. Issue/implement administrative contractual actions with Subcontractor concerning those Task/Delivery Orders
5. Terminate Task/Delivery Orders
6. Issue Cure Notices/Show Cause Letters
7. Settle claims/disputes

(e) Subcontractor shall bring all questions and requests for information related to this Subcontract, such as an explanation of contract terms or contract interpretation, as well as all problems/issues arising during performance of the Subcontract, to the immediate attention of VetsEZ Contractual Representative.

All commitments hereunder shall be made through the respective Parties' Subcontract/Contracts Representatives. No verbal or written request, notice, authorization, direction, or order received by Subcontractor shall be binding upon Contractor, or serve as the basis for a change in the Subcontract costs, fee, or any other provision of this Subcontract, unless issued (or confirmed) in writing by VetsEZ Contractual Representative.

(f) Subcontractor shall promptly notify VetsEZ Contractual Representative who shall follow the terms in Article XXII, Changes, whenever a verbal or written change notification has been received from an employee of Contractor (other than the Contract Representative), which would affect any of the terms, conditions, costs, schedules, etc. of this Subcontract. Subcontractor shall not perform any work or make any changes in response to any such notification unless VetsEZ Contractual Representative directs Subcontractor, in writing, to implement such change notification.

(g) Either party may at any time change its address for notification purposes, by mailing a notice thereof, setting forth the new address and the effective date of such address.

Article III - Statement of Work

Attachment III, attached hereto, represents the Statement of Work from Contractor's prime contract for which the parties have contracted to collectively provide professional support services to the Government. Subcontractor shall assist and provide support related services, work product and deliverables as approved and accepted by Contractor as outlined in Attachment III.

Article IV - Place of Performance

Performance of the effort hereunder will be at Subcontractor's site.

Hours of service – At a minimum, the Subcontractor shall provide service during normal business hours from 8:00 A.M. to 5:00 P.M. (ET), Monday through Friday. Individual Subcontractor staff may schedule their workdays between the hours of 6:00 A.M. and 6:00 P.M. Eastern Time to better meet the needs of the project.

Authorized holidays for Subcontractor personnel shall correspond with Government holidays.  There are eleven (11) Federal holidays set by law (USC Title 5 Section 6103):

1.  Under current definitions, five (5) are set by date:

| | |
|---|---|
| New Year's Day | January 1 |
| Juneteenth | June 19 |
| Independence Day | July 4 |
| Veterans Day | November 11 |
| Christmas Day | December 25 |

If any of the above falls on a Saturday, then Friday shall be observed as a holiday.  Similarly, if one falls on a Sunday, then Monday shall be observed as a holiday.

2.  The other six (6) are set by a day of the week and month:

| | |
|---|---|
| Martin Luther King's Birthday | Third Monday in January |
| Washington's Birthday | Third Monday in February |
| Memorial Day | Last Monday in May |
| Labor Day | First Monday in September |
| Columbus Day | Second Monday in October |
| Thanksgiving | Fourth Thursday in November |

No work shall take place on Federal holidays or weekends unless so directed by Contractor. Subcontractor may also be required to support 24/7 operations 365 days per year if identified in Attachment III, up to the Level of Effort or NTE funding, whichever is reached first.

Subcontractor staff shall be available via Contractors Microsoft Teams application during normal business hours.

All Subcontractor time away from the office requires prior written notification to the Contractor Technical Representative.

EXHIBIT A
Page 35





Article V – Period of Performance

The period of performance shall be September 3, 2024 through January 31, 2025 for the DMS Tasking. There is the potential for the DMS Tasking to be extended February 1, 2025 through September 27, 2025 which is not awarded, funded and/or exercised at this time. This will be exercised once the Prime Contractor has received its modification. After September 27, 2025 the Period of Performance for the DMS work will align with the Prime Contract Periods of Performance.

OPTIONS TO EXTEND THE PERIOD OF PERFORMANCE

There is the potential for three (3) additional optional periods which are not awarded, funded and/or exercised at this time. Contractor may exercise the options below to extend the period of performance by giving written notice to the Subcontractor before the end of the then current period of performance:

Option Period 2: February 1, 2025 through September 27, 2025
Option Period 3: September 28, 2025 through September 27, 2026
Option Period 4: September 28, 2026 through September 27, 2027

Article VI – Personnel

(a) Personnel performing under this Subcontract shall meet or exceed the minimum qualification and experience requirements specified in Attachment IV, Labor Categories/Qualifications.

(b) If required by Attachment III, Subcontractor shall designate "Key Personnel" who are essential to the successful completion and execution of this Subcontract. Key Personnel shall perform all work necessary for the timely and quality completion of the task to which they are assigned. Subcontractor may not substitute or replace a Key Personnel without Contractor's prior written approval. Due to Organizational Conflict of Interest concerns and invoicing concerns, all named Key Personnel are not permitted to support other contractual efforts or organizations. Subcontractor's Key Personnel for this Subcontract is: **NONE**

(c) With prior written approval from the Contractor, the Subcontractor may engage Single-Member Limited Liability Companies (LLCs), 1099 workers, or other independent contractors as second-tier subcontractors to perform tasks within the scope of this subcontract. The Subcontractor shall ensure that all terms and conditions of this subcontract are binding upon and adhered to by all second-tier subcontractors. It is the Subcontractor's responsibility to enforce compliance with these terms and conditions among all engaged second-tier subcontractors. The Contractor reserves the right to request a change or terminate any second-tier subcontractors with a ten (10) day written notice. Contractor hereby authorizes Subcontractor to use the following second-tier subcontractors, at the rate specified in this funding table:

- Tier 2 Subcontractor Corporate Name: Michael Baker Associates
- Owner Name: Mike Baker

- Tier 2 Subcontractor Corporate Name:: AMX Tech Inc.
- Owner Name: Richard Louis

- Tier 2 Subcontractor Corporate Name: Beacon Consulting, Inc.
- Owner Name: Joe Kopra

EXHIBIT A
Page 36





- Tier 2 Subcontractor Corporate Name: Hart Family, Inc.
- Owner Name: Gregory Hart

Approval by Contractor of Subcontractor requests for the above or payment for subcontracted work by Subcontractor, shall not in any way relieve Subcontractor of its responsibilities or obligations hereunder.  All Work performed by any lower-tier subcontractor(s) shall fully conform to the terms of this Subcontract.  Subcontractor assumes full responsibility for all actions and the quality of work performed and materials supplied by lower-tier subcontractors employed by Subcontractor, and shall remain liable for damages to Contractor caused by the performance of work under this Subcontract by a lower-tier subcontractor to the same extent that Subcontractor would have been liable hereunder if Subcontractor had performed that work.   This limitation shall not apply to the purchase of standard commercial supplies or raw materials.

Subcontractor shall notify Contractor's Contract Administrator in writing if the Subcontractor changes the amount of a lower-tier subcontract effort after award such that it exceeds 75 percent of the total cost of work to be performed by Subcontractor under the Agreement. The notification shall identify the revised percentage of Subcontractors effort and shall include verification that the Subcontractor will provide added value as related to the work to be performed by the lower-tier subcontractor(s).

(d) Subcontractor shall not voluntarily remove or replace any personnel without the advance written approval of the VetsEZ Contract Administrator and VetsEZ Technical Representative.  Notification shall be made to VetsEZ Contract Administrator and VetsEZ Technical Representative no less than ten (10) business days in advance of any proposed substitution and shall include justification, including resume(s) and labor category of proposed substitution(s), presented in enough detail to permit evaluation of the impact on performance.  If Contractor does not respond within ten (10) days next following receipt of Subcontractor's notification, Subcontractor may proceed with the proposed removal or replacement of the subject personnel.

(e) Upon receipt of a Subcontractor employee submission of a notice resignation of employment, Subcontractor shall immediately notify the VetsEZ Contract Administrator and VetsEZ Technical Representative of such notice of termination. Subcontractor shall have ten (10) business days to provide a proposed substitution and shall include resume(s) of the proposed substitution(s), presented in enough detail to permit evaluation of the impact on performance.  In the event Subcontractor cannot identify an appropriate candidate for that position in such time, in the interest of preventing negative impact to the Program, the position will be available to be filled by Contractor to provide an appropriately qualified candidate.  Any agreed upon change in staffing level due to shortfall as described above will be executed via a Subcontract modification.

(f) Contractor has the right to reasonably approve or disapprove all qualifications of Subcontractor personnel assigned under this Subcontract, which approval or disapproval shall not be arbitrary or unreasonable and will be based on the experience and education requirements of Attachment IV. Resumes must be submitted by the Subcontractor and accepted by Contractor before the individuals may begin working.  If the Government or Contractor reasonably determines that Subcontractor personnel assigned under this Subcontract do not satisfy the labor category requirements of this Subcontract, the Subcontractor shall not allow the candidate to serve on the task order or invoice time to it.





(g) Contractor reserves the right to direct the removal of any individual assigned to this Subcontract for misconduct, failure to comply with the requirements of this Subcontract, or at the lawful request of the Customer. The Subcontractor shall, upon receipt of Contractor's reasonable written request, remove subject individual from supporting this contract.   Subcontractor shall temporarily remove subject individual from supporting this subcontract within one business (1) day of written notification of removal from the VetsEZ Contract Administrator and, if the request is reasonable, shall permanently remove subject individual from this Subcontract within five (5) days of written notification. Any default of this provision will be handled in accordance with Article XXXIV(b).

(h) In the event that the performance of assigned Subcontractor personnel or any substitute(s) is determined by Contractor to be unsatisfactory at any time during the performance of this Subcontract, Contractor reserves the right to request and receive satisfactory personnel replacement within ten (10) business days of written notification.  Resumes must be submitted and be reasonably acceptable for all replacement personnel. These replacement personnel must meet (1) the same minimum qualifications as specified in the contract labor category descriptions, (2) additional specialized or specific experience requirements of the position, and (3) any applicable security requirements. In the event that Subcontractor cannot staff to the agreed upon level, the Subcontractor shall have ten (10) business days to identify and present the appropriate candidate for replacement.  In the event the Subcontractor cannot identify and present an appropriate candidate for that position in the agreed upon amount of time (ten (10) business days), in the interest of preventing negative impact to the Program, the position will be available to be filled by Contractor to provide an appropriately qualified candidate.  Any agreed upon change in staffing level due to shortfall as described above will be executed via a Subcontract modification.

(i) Should Subcontractor not have the Subcontract fully staffed, within thirty (30) days **from the effective date of the Subcontract as stated on page 1 of this Agreement,** less any Customer imposed delays, Contractor reserves the right to assume responsibility for any open Subcontractor positions, whereby said open positions will be filled by Contractor.  Additionally, Contractor reserves the same right to assume responsibility for any subcontractor positions that remain open and unfilled for ten (10) business days at any time through the period of performance.

(j) Should Subcontractor be unable to meet staffing requirements and if positions are reasonably moved from Subcontractor to Contractor, Contractor will reduce the value of the subcontract according to the rate schedule and prorated for previously filled positions and a full value for positions that were never filled by qualified staff.

(k) Subcontractor's personnel may need to have physical access to "high security" Government facilities, computer networks and/or sensitive information that is subject to the Privacy Act and other Federal regulations.  Contractor will endeavor to work with the Customer to enable the Subcontractor to access the Customer's facilities in accordance with the Customer's internal security restrictions.  Subcontractor agrees that its employees will comply with all specific access, badges, computer system access, training, confidentiality, security, or any other requirements of the agency (or facility) that sponsors the contract action.  In most cases, Subcontractor's personnel performing under this Agreement will be required to satisfy security requirements prior to starting work that may include providing certain personal identification information, passing a criminal history check, a Background Investigation (BI), Minimum Background Investigation (MBI),




National Agency Check with Written Inquiries (NACI), or meet other security-related requirements depending on the sensitivity of the work involved.

(l) The Subcontractor will provide personnel who can meet all security requirements without delay. Failure to complete the work in accordance with established schedules as a result of delays in complying with security requirements shall be the sole responsibility of the Subcontractor and not warrant an extension in performance or change in the Order amount. Any unreasonable delays of the Customer in processing security credentials of personnel who meet security requirements shall not be the responsibility of Subcontractor. Costs associated with meeting the requirements described herein shall not be a direct charge on this Agreement. All costs associated with obtaining a background investigation for Subcontractor provided personnel shall be the responsibility of the Subcontractor.

(m) Contractor reserves the right to work with the Customer to deny access to the government worksite or network resources to a Subcontractor's employee for any valid reason under applicable regulations and government policies such as personal misconduct, including safety or security misconduct, criminal misconduct, psychological instability that cannot be accommodated under federal employment law, illegal use or possession of controlled substances, failure to properly safeguard information or unauthorized disclosure, and failure to comply with the Customer (or facility) regulations or policies. If a Subcontractor employee(s) is refused access to a Government site for valid cause, the Subcontractor will be responsible for any costs associated with replacement employee(s). Further, such personnel issues shall not be an acceptable reason for any delays in Subcontract performance.

(n) E-Verify Registration of Subcontractor Employees. Subcontractor covenants and warrants registering all of its employees via the E-Verify System (the Electronic Employment Eligibility Verification System) prior to commencing ay work under and pursuant to this Agreement. Subcontractor employees who have been previously verified via the E-Verify System need not be re-verified. Subcontractor's failure to register its employees (other than those who previously have been so registered) is a material default by Subcontractor and Contractor may terminate this Agreement by providing Subcontractor with five (5) day's written notification thereof.

Article VII -Contacts with Project Client

(a) All meetings and other contacts between Subcontractor's personnel and Government representatives relative to the effort herein shall be coordinated through Contractor. Subcontractor is reminded that only Contractor can authorize additional tasks, changes to the scope of work and cost of the Contract. Only directly onboarded employees may interact with the customer for direct program activities, and only at the direction of the VetsEZ Technical Representative. Subcontractor is not authorized to independently meet with the client regarding activities described under the PWS, or related to the performance of the HMDM program which include onboarded subcontractor performance. Should the Customer contact indirect staff members of the Subcontractor, Subcontractor shall provide notes to the Prime of the subject matter of such conversations with regard to the HMDM Prime Contract. Subcontractor agrees to redirect Customer to the Prime for any issues, concerns or changes which may come up during any such discussions.

(b) All reports, memoranda, or any other written material developed by Subcontractor during the performance of the effort herein for the Government must be submitted through and with the written approval of Contractor. Where appropriate, Subcontractor will be identified as having been the

 

originator of such work. This provision is not intended to discourage or prohibit informal technical discourse between Subcontractor personnel and client or user personnel.

Article VIII – Restriction on Overtime

No overtime premiums are allowable as a direct charge unless authorized in writing by Contractor in writing. Overtime is defined as any time exceeding 8 hours in a workday and/or 40 hours in a work week. Workdays are defined by any day that is not a Federal Holiday, Monday through Friday. Saturdays and Sundays are not workdays.

Article IX – Notice of Delay

(a).  Time is of the essence in the performance of this Subcontract.  Accordingly, Subcontractor's failure to perform in accordance with the delivery schedule included in this Subcontract, if unexcused either under the terms of this Subcontract or in writing by the Contractor, may be considered a material breach.

(b).  If Subcontractor encounters difficulty in meeting performance requirements, anticipates difficulty in complying with this Subcontract's, delivery schedule or dates, or has knowledge that any actual or potential situation is delaying, or threatens to delay, the timely performance of this Subcontract, Subcontractor shall immediately notify Contractor in writing, providing a detailed description of the reasons for, and the estimated duration of, any such delay, as well as a proposed revised delivery/completion schedule.  This notification shall be informational only, and compliance with this provision shall not be construed as a waiver by Contractor of any delivery schedule or date, or of any of its rights or remedies provided by law, regulation, and this Subcontract.

(c).  Furthermore, Subcontractor shall make every reasonable effort to avoid or minimize such delay to the maximum extent possible; however, neither the modification of the performance schedule or acceptance of late performance by Contractor shall constitute a waiver of Contractor's rights and remedies provided by law, regulation, and this Subcontract.  Any additional costs caused by Subcontractor's efforts to avoid or minimize these delays shall be borne solely by Subcontractor, unless the delay in performance arises out of causes beyond the control and without the fault or negligence of Subcontractor.

(d).  If any of the Work to be performed by Subcontractor is dependent on work to be performed by others, Subcontractor shall inspect and promptly report to Contractor's Contract Administrator any delays caused by others.  Subcontractor's silence after three (3) business days, shall constitute approval of such work as fit and suitable for Subcontractor's performance.

Article X – Invoices, Payment, and Monthly Reporting

(a)      Billing:

(1)      Subcontractor accounting system generated monthly invoices shall be submitted to Contractor via electronic mail at Accounting@vetsez.com.  These shall be received by the Contractor no later than the 5th day of the month after charges have been incurred.  Each Subcontractor invoice must be approved by Contractor's Task Order Program Manager prior to payment.

EXHIBIT A
Page 40





Subcontractor shall submit with each invoice labor details that support the Labor Categories/Roles worked for the invoice period of performance.  This labor detail shall include the LCAT/Role, Staff Name and Number of hours supported for the month.

Contractor shall pay the Subcontractor within 30 days of receiving Subcontractor's charges. In the event Subcontractor is overpaid by Contractor for any reason, Subcontractor shall promptly refund or credit the overpayment back to the Contractor.  Contractor may offset against any payment hereunder any amount owed to Contractor by Subcontractor.

All electronic mail submitted invoices from Subcontractor shall contain the following information: Contractor as the billed to address, remit to address, subcontract number, description of item/work, and the "Amount Previously Billed" and the "Amount of this Invoice."

(2)      Travel:  Contractor utilizes the Unanet accounting system for collection of all Travel performed and this system will be the system of record for all travel costs incurred under this subcontract.  Subcontractor shall input all travel costs incurred via the "My Expenses" function in Unanet Subcontractor Portal.  Subcontractor's employees traveling must create a new Expense Report in Unanet Subcontractor Portal within three (3) business days after return from authorized travel.  Subcontractor's employees will be required to complete the Unanet Expense Report and provide copies of receipts for Lodging, Airfare, Rental Car, parking, etc.  All travel costs shall be incurred in accordance with Subcontract Article I(f).  Payment for travel costs will be processed with month-end Labor costs.  The Contractor's Program Manager for the Task Order will review and approve all charges submitted for travel in each monthly period up to the amount of the Subcontract funded amount for travel.  Should Subcontractor's employee who travel not have the "My Expenses" function in their Unanet Subcontractor account, Subcontractor employee shall contact Prime's accounting department at Accounting@vetsez.com to request access.

(b)      Subcontractor will inform Contractor of any payment issues within 30 days of payment receipt. After 30 days, payments will be considered final.

(c)      Each Subcontractor invoice must be approved by Contractor's Task Order Program Manager prior to payment. Contractor shall pay the Subcontractor within 30 days of approving Subcontractor's charges. In the event Subcontractor is overpaid by Contractor for any reason, Subcontractor shall promptly refund or credit the overpayment back to the Contractor.  Contractor may offset against any payment hereunder any amount owed to Contractor by Subcontractor, provided that first Contractor provide to Subcontractor a reasonably detailed notice of the offset.

(d)      Subcontractor must also provide the following certification on all invoices:

"[Insert Subcontractor name] has reviewed the qualifications of the individuals whose labor costs are being invoiced hereunder and hereby certify that all individuals meet the minimum labor category qualification requirements for education, employment, licensing and/ or professional certification for the specific labor categories for which his or her work is being billed."

(e)      In no instance shall the cumulative total for which payment has been requested for a particular item exceed the total ceiling value, total funded amount or labor category limitation set forth in this Subcontract.

EXHIBIT A
Page 41





(f)     Subcontractor's failure to provide required timely close-out documentation no later than 60 days after the end of the Subcontract each optional period of performance may result in Prime Contractor's unilateral issuance of final payment to Subcontractor or unilateral de-obligation of funds, which Subcontractor agrees to accept as final and complete payment in full satisfaction of Prime Contractor's obligations hereunder. Final invoices must be clearly marked with the statement, "FINAL INVOICE."

(g)     No later than 60 days after the end of each optional period of performance, Subcontractor shall complete and return the Subcontractor's Release form and Subcontractor's Assignment of Refunds, Rebates, Credits, and Other Amounts form of the Subcontract Attachment VI entitled "Closeout Package." All forms contained in Attachment VI entitled "Closeout Package" shall be completed and provided to Prime Contractor no later than 60 days after the end of each optional period of performance.

(h)     Notice. Subcontractor shall immediately notify Contractor of any change to the personnel authorized by Subcontractor for password access to the Unanet for submission of any Travel Invoices, so that Contractor can ensure that access is limited to personnel with current authorization from Subcontractor. Contractor shall not be liable to Subcontractor for any damages, and Subcontractor shall indemnify, defend, and hold Contractor harmless from and against any third-party claims and damages (including reasonable attorneys' fees) caused by or resulting from Subcontractor's failure to provide timely notification of changes to personnel with current authorization from Subcontractor.

(i)     Subcontractor agrees to meet minimum labor category qualification requirements. Subcontractor shall not invoice Contractor for any labor until subcontractor first verifies that each individual proposed to work satisfies the minimum labor category qualification requirements for each labor category. In instances where an individual does not meet all the minimum labor category qualification requirements, but Subcontractor believes the individual is qualified to perform the work, Subcontractor must request and receive a written approval from Contractor waiving some or all of the minimum labor category qualification requirements prior to permitting the individual to start work.

(j)     Subcontractor agrees to promptly notify Contractor if it discovers, subsequent to assigning an individual to perform under this Agreement with minimum labor category qualification requirements, that a subcontractor employee does not meet one or more of the applicable minimum labor category qualification requirements. Subcontractor agrees to refund to Contractor all monies paid for any individual performing under this Agreement with minimum labor category qualification requirements where it is reasonably determined that the individual does not meet one or more of the applicable minimum labor category qualification requirements; provided that if the employee has provided compliant services and meets the requirements of a lower-priced labor category, Subcontractor will refund the difference between the price for the billed labor category and the lower-priced labor category.

(k)     Required Reports. The following electronic reports are required of the Subcontractor under this Subcontract Agreement:

- Subcontract Monthly Progress Report:  The Subcontractor shall submit a written Subcontract Activity Report for each month to the Contractor Program Manager. The report shall be submitted by the fifth (5th) calendar day following the close of each calendar month. The report shall include the following: (i) Detailed description of work performed during the period by each position/person; (ii) Subcontractor's assessment

EXHIBIT A
Page 42




of whether or not the performance is on schedule; (iii) hours and dollars expended for current period as well as subcontract to date, (iv) updated Spend Plan.

- Miscellaneous Special Reports: From time to time, Contractor may require of and from the Subcontractor brief, written Informal Special Reports or information associated with the overall administration of this Subcontract. The Contractor Contracts Administrator and/or Contractor Program Manager will notify the Subcontractors representative of the specific reporting requirements and establish a mutually acceptable response time and format.

(l)      Subcontractor must select Automated Clearing House Credits ("ACH funds transfer"), as the means of settlement. With regard to such ACH funds transfer, a payment from Contractor to Subcontractor shall be considered timely with respect to any payment due date contained herein if the ACH funds transfer is completed no later than four (4) business days after such payment due date.  Contractor shall not be in breach of these terms and conditions, or suffer any loss of discount or other penalty, with respect to an ACH funds transfer that was initiated properly and timely by Contractor to the extent its completion is delayed because of failure or delay by the ACH funds transfer system, the operation of an ACH funds transfer system rule which could not be anticipated by Contractor, or rejection by the Subcontractor's bank.

Article XI - Insurance

Subcontractor shall procure and maintain, during the entire period of his performance under this Agreement, the following minimum insurance:

(a) Workers' Compensation: Coverage for statutory obligations imposed by laws of any State in which the work is to be performed. Such policy(ies) shall be endorsed to provide a waiver of subrogation in favor of VetsEZ, its directors, officers and employees, and VetsEZ's customer where required by VetsEZ's Prime Contract with its customer. Employer's Liability coverage of $1 million each accident shall also be maintained.

(b) Commercial General Liability:  Coverage for third party bodily injury and property damage, including products and completed operations, contractual liability, and independent contractors' liability with limits not less than $1,000,000 per occurrence and $2,000,000 in the aggregate. Contractor, its directors, officers and employees, and Contractor's customer where required by Contractor's Prime Contract with its customer, shall be named as Additional Insureds.

(c) Business Automobile Liability:  Coverage for use of all owned, non-owned, and hired vehicles with limits of not less than $1,000,000 per accident combined single limit for bodily injury and property damage liability.

(d) Professional Liability / Errors and Omissions: Subcontractor is performing professional services and coverage for damages (including financial loss) caused by any acts, errors and omissions arising out of Subcontractor's performance or failure to perform professional services with limits of not less than $1,000,000 per claim.

The required insurance coverages above shall be primary and non-contributing with respect to any other insurance that may be maintained by Contractor and notwithstanding any provision contained herein, the Subcontractor, and its employees, agents, representatives, consultants, subcontractors

EXHIBIT A
Page 43



and suppliers, are not insured by Contractor, and are not covered under any policy of insurance that Contractor has obtained or has in place.

Any self-insured retentions, deductibles and exclusions in coverage in the policies required under this Article shall be assumed by, for the account of, and at the sole risk of Subcontractor. In no event shall the liability of Subcontractor or any subcontractors be limited to the extent of any of insurance or the minimum limits required herein.

Prior to commencement of any work, and within 15 days of any policy renewal that occurs while any work is on-going under this Subcontract, Subcontractor shall provide Contractor certificates of insurance evidencing the insurance coverage required above, including evidence of additional insured status and waivers of subrogation where required.

Article XII - Assignments and Subcontracts

Neither Party shall, voluntarily or by operation of law, assign this Subcontract, or any of its rights, or delegate any of its obligations hereunder without the written approval of the other party, which shall not be unreasonably withheld. Any change in control or ownership of Subcontractor resulting from an investment, merger, consolidation, stock transfer or sale, or asset transfer or sale, shall be deemed an assignment for purposes of this Subcontract. Any purported assignment or delegation in violation of this clause shall be null and void.

EXHIBIT A
Page 44



## Article XIII - Restriction on Subcontractor Employment

Subcontractor shall not employ any person who is an employee of the United States Government (either military or civilian) if the employment of that person would create a conflict of interest or the appearance of a conflict of interest as prescribed in Executive Order 11222, dated May 8, 1965, or its implementing regulations.

## Article XIV - Security Classification and Clearances

(a) If the work to be performed hereunder involves classified information necessitating performance by personnel with appropriate security clearances, a Contract Security Classification Specification (DD254) is applicable.

(b) Transmission or shipment of any classified documents shall be in accordance with the National Industrial Security Program Operating Manual, DoD S220.22-M, February, 2006.

## Article XV –Indemnification

(a) Each Party shall, without limitation, defend, indemnify, and hold harmless the other Party, their officers, directors, agents, and employees from and against any and all third party claims and liabilities, losses, expenses, suits, damages, judgments, demands, and costs (including reasonable legal and professional fees and expenses) arising out of the following:

1. the gross negligence or willful misconduct of the indemnifying Party, its employees, officers, directors, agents, or lower-tier subcontractors;

2. injury or death to persons, or loss of or damage to tangible property, or fines and penalties imposed by a Government authority which may result, in whole or in part, by reason of the buying, selling, distribution, or use of any of the goods or services purchased or provided under this Subcontract, where such injury, death, loss, damage, fines or penalties is caused by a wrongful act of Subcontractor or its agents;

3. the infringement or violation of any patent, copyright, trademark, service mark, trade secret, or other proprietary interest of any third party resulting from an indemnifying Party's use, distribution, sale, sub-licensing, or possession of the goods (including software and all forms of written materials) or services purchased or provided, as authorized under this Subcontract, or from the use or possession of said goods or services by the Government, as authorized by this Subcontract

4. false claims under the civil False Claims Act submitted by Subcontractor or its lower-tier subcontractors under this Subcontract, or as a result of Subcontractor's knowing misrepresentation of fact, or fraud by Subcontractor.

(b) Both Parties shall indemnify each other consistent with this provision except to the extent any and all claims and liabilities, losses, expenses, suits, damages, judgments, demands, and costs (including reasonable legal and professional fees and expenses) were caused in part by the indemnified Party's negligence.

(c) The indemnifying Party shall, in any and all events, be provided by the indemnified Party the right and ability to defend and settle at the indemnifying Party's sole expense all claims, suits, and proceedings arising out of the foregoing indemnities or any other claim arising from the

EXHIBIT A
Page 45





indemnifying Party's wrongful or negligent acts or omissions. The indemnified Party shall promptly notify Subcontractor in writing of such claim or suit, and provide the indemnifying Party with all necessary information, reasonable assistance, and the authority to defend such claim or suit. Within five (5) business days of the indemnifying Partys receipt of the indemnified Party's notice of a claim, the indemnifying Party shall notify the indemnified Party in writing whether or not the indemnifying Party has elected to defend such claim. The indemnifying Party shall not settle, compromise, or discharge any pending or threatened suit, claim, or litigation, arising out of, based upon, or in any way related to the subject matter of this Subcontract and to which the indemnified Party is or may reasonably be expected to be a party, unless and until the indemnifying Party has obtained a written agreement, approved by the indemnified Party (which approval shall not be unreasonably delayed or withheld) and executed by each Party to such proposed settlement, compromise, or discharge, releasing the indemnified Party from any and all liability. .

(d) If any of the goods or services provided by Subcontractor hereunder, including without limitation software and all forms of written materials, become the subject of a claim of infringement or violation of a third party's intellectual property, privacy, and/or proprietary rights, Subcontractor shall, at its own expense, use reasonable efforts

1. to procure for Contractor the right to continue use and, if authorized under this Subcontract, distribution of the infringing goods or services or,
2. to modify the goods or services to make them non-infringing, or
3. to replace them with equivalent, non-infringing counterparts.

If none of the above-mentioned alternatives can be successfully implemented due to goods or services supplied by Subcontractor that actually infringe a third party's intellectual property rights, then Subcontractor shall refund to Contractor an equitable adjustment to the Subcontract's price reflecting the reduced value of any infringing goods and services.

(e) Notwithstanding anything herein to the contrary, if Contractor is enjoined or otherwise prohibited from providing the materials to the Government under the Prime Contract for reasons related to those stated in paragraph A (3), above, Subcontractor shall immediately pursue the remedial steps set forth in paragraph D, above, in the order described, only pursuing the next step in the prescribed order after best efforts are expended in the prior step.

(f) In the event Subcontractor, its officers, employees, agents, or lower-tier subcontractors enter premises occupied by or under the control of Contractor, the Government, or third parties in the performance of this Subcontract, Subcontractor shall defend, indemnify and hold Contractor , its officers, employees, and agents and the Government harmless from and against any and all claims, costs, liabilities, losses, damages, or expenses (including, but not limited to, attorney's fees), resulting from bodily injury, sickness, disease, death, damage, or destruction of property (including the loss of use of property) caused by, or arising out of the actions, omissions or performance of Subcontractor, its officers, employees, agents, or lower-tier subcontractors. Subcontractor shall have no obligation to indemnify and hold harmless under this Article to the extent any such bodily injury, sickness, disease, death, damage, or destruction of property is caused by the fault, negligence, or willful misconduct of an organization or person indemnified hereunder.





Article XVI –Limitation of Liability

No Special Damages.  Neither Party shall be liable to the other Party for indirect, special, incidental, punitive, or consequential damages, including but not limited to, loss of profits, even if such party has been notified of the possibility or likelihood of such damages.

Article XVII –Force Majeure

(a)  Neither Party shall be liable for any failure to comply with, or for any delay in performance of, the terms of this Subcontract, where such failure or delay arises from unforeseeable causes such as:

    1.   acts of God,
    2.   acts of the United States Government in its sovereign (and not contractual) capacity,
    3.   fires,
    4.   floods,
    5.   epidemics,
    6.   quarantine restrictions,
    7.   strikes,
    8.   freight embargoes,
    9.   unusually severe weather,
    10.  acts of war or terrorism, or
    11.  domestic unrest

(b)  In the event that performance of this Subcontract is delayed or adversely affected by a condition of force majeure that is beyond the control and without the fault or negligence of either Party, the Party whose performance is so affected shall immediately so notify the other Party, in writing.

(c)  If failure or delay of performance resulting from a condition of force majeure is estimated to continue for more than thirty (30) days, or if the affected Party is unable to provide, upon request, immediate written assurances that performance will be tendered within thirty (30) days following the initial occurrence of the force majeure condition, this Subcontract may be terminated for convenience by either Party.

(d)  Subcontractor shall not be excused for failure to perform any obligation under this Subcontract if a lower-tier subcontractor at any tier causes such failure and the cause of such failure was not beyond the control or without the fault or negligence of either the Subcontractor and/or its lower-tier subcontractor.

Article XVIII –Bankruptcy

Subject to the rights of any trustee in bankruptcy and to applicable law, in the event that either Party becomes or is declared insolvent or bankrupt, the subject of any proceedings related to its liquidation or insolvency, or for the appointment of a receiver or similar officer, or enters into an agreement for the composition, extension, or readjustment of all or substantially all of its obligations, that Party agrees to furnish written notification to the other Party within five (5) working days.  In the event of the bankruptcy or insolvency of one Party, the other Party reserves the right, by written notice, to initiate the termination of this Subcontract, in whole or in part, in accordance with Article XXXIV.

EXHIBIT A
Page 47





Article XXIV –Notification of Debarment or Suspension

Each Party shall immediately provide written notice to the other Party if at any time during the performance period of this Subcontract, that Party is suspended, debarred, or declared ineligible for contract award by any Government Department or Agency, or a Party is notified that such action is possible or pending.

Article XX - Suspension of Work and Stop Work Orders

Prime may, at any time and for any reason, require Subcontractor to stop all or any part of the work called for under this Subcontract. In the event that Prime issues a stop work order to Subcontractor, Subcontractor and any approved lower-tier subcontractors must immediately suspend all performance, take all reasonable measures to mitigate the incurrence of any costs, and comply with any additional terms of the stop work order. Subcontractor must promptly resume work upon notice from Prime canceling the stop work order; provided that, if Subcontractor was required to lay off personnel to mitigate costs and cannot rehire such personnel upon lifting of the stop work order, Contractor will provide Subcontractor ten (10) days to propose personnel with the qualifications and education required by the applicable labor category and statement of work. Further, Subcontractor will be entitled to an equitable adjustment for any suspension of work using the procedures in FAR 52.242-14or FAR 52.242-15 as appropriate.

Article XXI – Modifications

(a) Neither this Subcontract, nor any term, condition, or provision thereof, may be altered, changed, or modified in any manner whatsoever except upon the mutual agreement of both Parties evidenced by a modification to the Subcontract that is signed by both Parties, with the exception of a modification of a purely administrative nature, which may be issued unilaterally by Contractor.

(b) Subcontractor agrees to modify this Subcontract to revise, delete, or add provisions herein, as Contractor may reasonably deem necessary to enable it to comply/conform with the provisions of the Prime Contract and any modification(s) thereto. If any such modification to this Subcontract causes an increase or decrease in the cost of, or the time required for, performance of this Subcontract, an equitable adjustment shall be negotiated, in good faith, by the Parties, subject to Article XXII below.

Article XXII Changes

(a) Contractor may, by written notice to Subcontractor at any time before completion of this Subcontract, direct changes within the general scope of this Subcontract in any of the following:

    1. Description of services to be performed,
    2. Time of performance (e.g., hours of the day, days of the week, etc.),
    3. Place of performance of the services,
    4. Drawings, designs, or specifications when the supplies to be furnished are to be specially manufactured for Contractor or the Government in accordance with the drawings, designs, or specifications,

EXHIBIT A
Page 48





5. Method of shipment or packing of supplies,
6. Place of delivery, or
7. Amount of Government-Furnished Property

(b) If any such change is made; Subcontractor shall notify Contractor in writing if it believes that an adjustment to the cost/price, delivery schedule, or other provisions of the Subcontract is required. Any such request for an equitable adjustment shall be submitted within twenty (20) calendar days from the date of such notice from Contractor or from the date of any act by Contractor which Subcontractor considers to constitute a change. If any such change causes a material increase or decrease in the Subcontract Price, or the time required for the performance of any part of the Work, the Parties shall negotiate, in good faith, an equitable adjustment upward or downward in the Subcontract Price, or the time required for performance. Failure to agree to any adjustment shall be a dispute of this Subcontract; however, Subcontractor shall proceed with the Work as changed without interruption and without awaiting settlement of any such claim.

Article XXIII – Title, Assumption of Risk and Property

(a) Subcontractor represents that it can deliver good title to tangible property that is anticipated at the time of Subcontract execution to be developed and delivered under this Agreement to the Government, and to all items that may become the property of the Government pursuant to this Agreement, free from any claim or encumbrance, including, but not by way of limitation, those arising out of the performance of the work under this Agreement. Title to all property and items shall pass at the time of acceptance directly to the Government. Any loss or damage to such property or items prior to passing of title shall be at Subcontractor's risk. Subcontractor shall assume the risk of loss or damage to such property or items after passing of title in accordance with FAR 52.245-1 GOVERNMENT PROPERTY.

(b) Subcontractor shall assume risk of loss for any Prime or Government Furnished Equipment (GFE), parts, special tooling, or any other property (hereafter "property") provided by Prime or Government for use in conjunction with Subcontractor's performance of this Subcontract to the extent provided for in the version of FAR 52.245-1 appearing in Contractor's Prime Contract and flowed down in Attachments I and II. In accordance with the provisions of this Subcontract, Subcontractor shall return such property to Prime or Government in the condition in which it was received except for reasonable wear and tear, and except to the extent that such property has been incorporated into items delivered under this Subcontract, or has been consumed in the normal performance of work under this Subcontract. Upon receipt of any property furnished directly to the Subcontractor by the Government Client, Subcontractor shall immediately, but not less than three (3) business days from receipt, notify the Prime Contractor Contracts Representative as well as the Prime's Facility Security Officer (FSO) identified below of receipt of property. The Prime FSO shall be notified of the employee name, type of property received, serial number, VA Bar Code, Location, Value and Number of pieces of equipment.

(c) Upon termination of any Subcontractor resource as well as on or before the end date of the Subcontract period of performance, Subcontractor agrees to comply with all Prime and Government requirements related to the safe return of GFE to the designated Government location. This location shall be the location from where the GFE was originally issued. If there is a circumstance that requires more time, the subcontractor must return the GFE no later than 48 business hours after the end date of the Subcontract period of performance. The return of GFE should be coordinated in conjunction with Prime's Facility Security Officer (FSO) and the

EXHIBIT A
Page 49



Subcontractor resource immediate manager. Upon successful return of the GFE to the Government issuing location, the GFE return receipt shall be furnished to the Prime's FSO.

(d) Furthermore, it must be noted that it is illegal and strictly against VA Customer policy to transport issued GFE outside the continental United States. GFE should be kept safely and used only from the Subcontractor designated work location. If a Subcontractor resource is on official, approved, Customer travel and is required to transport GFE to another destination within the continental United States to conduct official business, prior written approval is required from the designated Prime Program Manager as well as the Customer Contracting Officer Representative (COR) prior to travel.

Prime Facility Security Officer:  Tracy Lundien, tracy.lundien@vetsez.com.

Article XXIV - Disclosure of Information

(a) Subcontractor shall not publish, distribute, or use any information developed under or regarding this Subcontract for any purpose including, but not limited to, advertising, references, or endorsements, without the prior written approval of the Contractor.  Subcontractor shall not draft, issue, confirm, deny, or release any information, or participate in, directly or indirectly, any news release, interview with the media, public announcement, advertisement, publicity, or public statement, either written or oral, concerning any aspect of, or work being proposed and/or performed under, this Subcontract, or the relationship between the Parties hereto, without the prior written approval of the Contractor, which shall not be unreasonably withheld. Subcontractor hereby permits Contractor to reasonably utilize its logo, company description, and name, as applicable, for marketing materials, announcements, presentations, and papers on the T4NG Program.

(b) The information listed below may be disclosed in proposals to US Government agencies in response to requests for past performance assessments: When this information is completed at the time of contract award, the document shall be marked "For Official Use Only." If any of the information that follows changes in your disclosure, Contractor must be notified in writing of the change.

| | |
|---|---|
| Subcontract Number: | IGS-T4NG-TO26-HMDM |
| Prime Contract Number: | VA118-16-D-1028; Task Order No. 36C10B22N10280026 |
| Contract Type: | Fixed Price/Level of Effort with Cost Reimbursable Travel (if required) |
| Period of Performance: | September 3, 2024 through January 31, 2025 |
| Contract Effort Description: | See Attachment III |

(c) For additional disclosures which require specific prior approval by Contractor, once an authorization to use any specific information has been approved by Contractor, Subcontractor is authorized to reuse such specific information without obtaining additional authorizations from Contractor. Subcontractor shall maintain a log of the additional uses and submit a copy of the log to Contractor when each additional disclosure is made.

EXHIBIT A
Page 50



Article XXV - Organizational Conflict of Interest

(a)  It is recognized by the parties that the efforts to be performed by the subcontractor under this contract are of such a nature that they may create a potential organizational conflict of interest as contemplated by Subpart 9.5 of the Federal Acquisition Regulation (FAR). It is the intention of the parties that the Subcontractor will not engage in any contractual activities which may impair its ability to render unbiased advice and recommendations, or in which it may gain an unfair competitive advantage as a result of the knowledge, information and experience gained during the performance of this subcontract. It does not include the normal flow of benefits from incumbency.

(b) The Subcontractor agrees not to participate as a prime contractor, subcontractor, consultant or team member in any acquisition for hardware or software wherein:

  1.  The Subcontractor has participated in the analysis and recommendation leading to the acquisition decision to acquire such a system; or
  2.  The Subcontractor may have an unfair competitive advantage resulting from the information gained during the performance of this contract.

(c)  The term "Subcontractor" herein used means:

  1.  The organization entering into this subcontract with the Contractor;
  2.  All business organizations with which it merges, joins or affiliates, now or in the future, and in any manner whatsoever, or which hold or may obtain, by purchase or otherwise, direct or indirect control of;
  3.  Its parent organization (if any), and any of its present or future subsidiaries, associates, affiliates, or holding companies; and
  4.  Any organization or enterprise over which it has direct or indirect control (now or in the future).

(d) The Subcontractor agrees that it will use all reasonable diligence in protecting proprietary data received by it. The Subcontractor further agrees it will not willfully disclose proprietary data to unauthorized parties without the prior permission of the Contractor, and that proprietary data shall not be duplicated, used or disclosed, in whole or in part, for any purpose other than to accomplish the contracted effort. This restriction does not limit the Subcontractor's right to use, duplicate or disclose such information if such information was lawfully obtained by the Subcontractor from other sources.

(e)  RESERVED

(f)  The Subcontractor agrees to enter into reasonable written nondisclosure agreements with all companies whose proprietary data it shall have access and to protect such data from unauthorized use or disclosure as long as it remains proprietary. The Subcontractor shall furnish to the Contractor copies of these written agreements. The Subcontractor agrees to protect the proprietary data and rights of other organizations disclosed to the Subcontractor during performance of this contract with the same caution that a reasonably prudent Subcontractor would use to safeguard highly valuable property. The Subcontractor agrees to refrain from using proprietary information for any purpose other than that for which it was furnished.

 

(g) The Subcontractor shall not distribute reports, data or information of any nature arising from its performance under this contract, except as provided by this Subcontract or as may be directed by the Contractor.

(h) The Subcontractor shall include this provision, including this paragraph, in subcontracts of any tier which involve access to information covered in paragraph (a) above.

(i) The Subcontractor's employees shall be trained and informed of Subpart 9.5 of the FAR and this contract provision.

(j) Government representatives shall have access to the Subcontractor's premises and the right to inspect all pertinent books and records in order to ensure that the Subcontractor is in compliance with Subpart 9.5 of the FAR and this provision.

(k) Questions regarding this interpretation of Subpart 9.5 of the FAR and this provision shall be submitted to the Contractor.

(l) The Subcontractor agrees that if after award it discovers a potential organizational conflict of interest, a prompt and full disclosure shall be made in writing to the Contractor. This disclosure shall include a description of the actions the Subcontractor has taken or proposes to take, to avoid or mitigate such conflicts.

(m) For any breach of the above restrictions, or for nondisclosure or misrepresentation of any relevant interests required to be disclosed concerning this contract, the Contractor may, terminate the contract for default, disqualify the Subcontractor from subsequent related contractual efforts, and/or pursue other remedies permitted by law or this contract.

(n) The Contractor may waive application of this clause when it is determined to be in the best interest of the Contractor and or Government to do so.

(o) This Article will remain in effect during the period of performance of this subcontract and for a period of two years following completion of this Subcontract.

Article XXVI – Confidential and Proprietary Information

(a) Each Party acknowledges that it (the "Receiving Party") may be exposed to proprietary or business confidential information of the disclosing Party, including any confidential Government information held by the disclosing Party (the "Disclosing Party") in the performance of services under this Agreement. Confidential Information may include, but is not limited to, custom work product, proprietary ideas and know-how, trade secrets, trade dress, accounting and financial data, marketing materials and data, personnel records, customer contact lists, proprietary pricing, technical data, and the like. Confidential Information shall not include information already known or independently developed by Subcontractor prior to executing this Agreement; nor shall confidential information include information in the public domain through no wrongful act of the receiving Party. Each Party acknowledges the material nature of Confidential Information and the importance of protecting such information from disclosure to unauthorized third parties. As such,

EXHIBIT A
Page 52

 

any breach of the terms of this Article shall be deemed a material breach of the Receiving Party's duty of confidentiality.

(b) During the performance of this Agreement and at all times thereafter, the Receiving Party agrees not to use, commercialize or disclose Confidential Information to any person or entity except where: (i) such disclosure is necessary to the performance of the Receiving Party's duties under this Agreement; or (ii) such disclosure is pre-authorized in writing by the Disclosing Party.

(c) Upon the termination of this Agreement, the Receiving Party agrees to deliver to the Disclosing Party any records of Confidential Information in the Receiving Party's possession whether such Confidential Information is stored on paper or on computer hard drives, diskettes, compact disks, magnetic tape, cloud storage, or some other format then in the Receiving Party's possession, custody, or control, whether prepared by the Receiving Party or by others. Furthermore, the Receiving Party agrees not to retain or attempt to retain copies of such Confidential Information records without the Disclosing Party's explicit written permission.

(d) In the event of a breach or threatened breach by a Receiving Party of this Article, the Disclosing Party shall be entitled to seek an injunction in a court of competent jurisdiction restraining the Receiving Party from disclosing Confidential Information to any unauthorized third party, or from rendering any services to any person, firm, corporation, association or other entity to whom Confidential Information, in whole or in part, has been disclosed or is threatened to be disclosed. Nothing herein shall be construed as prohibiting the Disclosing Party from pursuing any other remedies available by law for such breach or threatened breach, including the recovery of damages from the Receiving Party.

Article XXVII - Intellectual Property Rights

Subcontractor grants to Contractor the license rights consistent with all of the technical data and computer software rights clauses incorporated by reference or set forth in full text in Attachment I and Attachment II, but only to the extent required to provide such license rights to the Customer with no residual license rights remaining with Contractor.  Subcontractor grants to Contractor the right to use any technical data or computer software delivered or developed under this Subcontract in order for Contractor to perform its services under the Prime Contract.

Article XXVIII – Disputes and Arbitration

(a) If during the term of this Agreement, any dispute between the parties should arise regarding the interpretation, application, or enforcement of any of the terms of this Agreement and such dispute cannot be resolved by the parties within thirty (30) days after either party hereto notifies the other in writing of its desire to arbitrate the dispute, then the dispute shall be settled by arbitration in accordance with the provisions of existing Commercial Arbitration rules of the American Arbitration Association and judgment upon the award rendered by the arbitrators may be entered in any court. The Parties may agree on a sole arbitrator; if they cannot, a panel of three arbitrators shall be named, one to be selected by Contractor, one to be selected by Subcontractor, and one to be selected by the other two arbitrators. If the two arbitrators appointed by Contractor and Subcontractor cannot agree upon the third arbitrator within fifteen (15) days, then either party may apply to the presiding judge of a court of competent jurisdiction for the appointment of a third arbitrator.

EXHIBIT A
Page 53





(b) No change in the rules of arbitration which would deprive a party of the right to be represented by counsel, to present evidence or to cross-examine witnesses presented by the other party shall be effective in any arbitration proceeding arising out of this Agreement.

(c) The arbitrators shall have no power to modify any of the provisions hereof and their jurisdiction is limited accordingly. The decision of the arbitrators shall be rendered within ninety (90) days after the matter has been submitted and shall be final and binding on the parties hereto and judgment may be entered thereon, upon the application of either party, by any court having jurisdiction.

(d) Each of the parties shall be responsible for the expenses incurred by the arbitrator appointed by said party, and the expense, fees, and cost of the third arbitrator shall be borne equally between the parties.

(e) Subcontractor shall proceed diligently with performance of this Agreement, pending final resolution of any request for relief, claim, appeal, or action arising under or related to this Agreement, excluding those instances that may arise due to non-payment of Subcontractor's services by Contractor in accordance with this Agreement.

(f) Any agreement in this Article to arbitrate disputes between the Parties will not serve to block the ability of a Party to seek an injunction in a court of competent jurisdiction pursuant to Article XXVI(d).

Article XXXIV – Termination

(a) Contractor reserves the right to terminate this contract, or any part hereof, for its convenience at any time during the period of performance. In the event of such termination, Subcontractor shall immediately stop all work hereunder and shall immediately cause any and all of its employees and subcontractors to cease work. Subject to the terms of this Agreement, Subcontractor shall be paid for all work performed prior to the written notice of termination, plus reasonable charges Subcontractor can demonstrate to the reasonable satisfaction of Contractor using its standard record keeping system, have resulted from the termination. Subcontractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. Subcontractor shall not be paid for any work performed or costs incurred which were performed or incurred after written notification of termination unless such costs are demonstrated as unavoidable in nature.

(b) Contractor may terminate this contract, or any part hereof, for cause in the event of any default by Subcontractor, or if Subcontractor fails to comply with any contract terms and conditions, or fails to provide Contractor, upon request, with adequate assurances of future performance. In the event of termination for cause, Contractor shall not be liable to Subcontractor for any amount for supplies or services not accepted, and Subcontractor shall be liable to Contractor for any and all rights and remedies provided by law. If it is determined that Contractor improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(c) Contractor may terminate this subcontract, or any part hereof, upon the cessation of Subcontractor's normal course of business and/or operations.

(d) Contractor may terminate this subcontract, or any part hereof, upon the insolvency of Subcontractor, or the entering into or filing by or against Subcontractor of a petition, arrangement, or proceeding seeking an order for relief under the bankruptcy laws of the United States, a

 

receivership for any of the assets of Subcontractor, a composition with or assignment for the benefit of creditors, a readjustment of debt, or the dissolution or liquidation of Subcontractor.

(e) Prior to any termination pursuant to paragraph (b) through (d) above, Contractor shall notify Subcontractor in writing of its failure and shall allow Subcontractor seven (7) calendar days within which to effect a cure or show cause why such failure was beyond Subcontractor's control and without its fault or negligence. If the condition is cured within the allowed period, or the failure to perform was beyond Subcontractor's control and without its fault or negligence, this Subcontract shall remain in full force and effect. If the default condition remains uncured beyond the allowed period and/or was not beyond Subcontractor's control and without its fault or negligence, Contractor may terminate this Subcontract, in whole or in part, by written notice of termination to Subcontractor, and may procure, upon such terms and in such manner as Contractor may deem appropriate, supplies or services similar to those so terminated, and Subcontractor shall be liable to Contractor for any excess costs for the re-procurement of such similar supplies or services. If, after any such termination for default, it is determined that Subcontractor was not in default, or that Subcontractor's failure to perform or to make progress in performance was due to causes beyond the control and without the fault or negligence of Subcontractor, the rights and obligations of the Parties shall be the same as if the termination was for convenience.

(f) All notices of termination shall, at a minimum, state the basis for the termination, and the date upon which such termination will become effective.

(g) Upon termination of this Subcontract for any reason, and except as otherwise directed by Contractor, Subcontractor shall:

1. stop work under this Subcontract on the date and to the extent specified in the notice of termination;

2. terminate all orders and lower-tier subcontracts to the extent that they relate to the performance of any Work terminated by the notice of termination;

3. transfer all Work in progress which is included in the terminated Work to Contractor; and

4. follow any additional reasonable instructions described in the notice of termination or any modifications or amendments thereof.

(h) In the event of a partial termination, Subcontractor is not excused from performance of the non-terminated portion of the Work.

(i) The rights and remedies provided to Contractor by this Article shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Subcontract.

<u>Article XXX Year 2000 Compliance</u>

Subcontractor shall ensure that products provided under this Subcontract and any Task/Delivery Orders issued hereunder, to include hardware, software, firmware, and middleware, whether acting alone or combined as a system, are Year 2000 compliant as defined in FAR Part 39.

 

Article XXXI RESERVED.

Article XXXII - Entire Agreement and Governing Law

This Agreement, including all attachments, whether incorporated by reference or otherwise, constitutes the entire Agreement between Contractor and Subcontractor. This Agreement supersedes all other prior Agreements, whether oral or written, and may not be modified, changed altered or amended except by express written agreement signed by both parties. Furthermore, this Agreement shall be construed to be governed by the laws of the State of California, without reference to that state's conflict of law provisions.

Article XXXIII Warranty

(a)      Subcontractor warrants that it is and shall remain free of any obligation or restriction which would interfere or be inconsistent with or present a conflict of interest concerning the Work to be furnished by Contractor under this Contract.

(b)      Subcontractor warrants that it will perform the services under this Subcontract with the degree of high professional skill and sound practices and judgment which is normally exercised by recognized professional firms with respect to services of a similar nature.

(c) Subcontractor warrants that it will make best efforts to ensure that all Work furnished pursuant to this Subcontract conforms to applicable specifications, drawings, samples, descriptions, and other requirements of this Subcontract. This warranty shall begin upon final acceptance and extend for a period of one (1) year. If any non-conforming Work is identified within the warranty period, and Contractor is required by the Customer to repair, replace, or reperform the Work at Contractor's expense, Subcontractor, at Contractor's option, shall assist Contractor with such efforts in good faith. Transportation of replacement work, return of non-conforming Work, and re-performance of Work shall be at Subcontractor's expense. If repair, or replacement, or reperformance of Work is not timely, Contractor may elect to return, reperform, repair, replace, or re-procure the Work at Subcontractor s expense. All warranties shall run to Contractor and its Customers.

Article XXXIV Export Control

(a) Subcontractor represents and warrants that it shall comply with all applicable U.S. export control laws and regulations with respect to this Subcontract, including obtaining all licenses, approvals, and customs clearances required for the goods, services, and information provided hereunder. Subcontractor further agrees to notify Contractor in writing if any goods, services, or information under this Subcontract are restricted by export control laws or regulations, and prior to the use, distribution, transfer, or transmission of any such information and/or technology, even if incorporated into products, software, or other information.

(b) Subcontractor acknowledges that research findings and technology developments (technology) arising under this Subcontract may constitute a significant enhancement to the National Defense and, therefore, may be subject to various U.S. Export Laws and Regulations, including, but not limited to, the provisions of the International Traffic in Arms Regulation (22 CFR PT. 120 et seq.), the Arms Export Control Act (22 U.S.C. 2571 et seq.), the Department of Defense (DOD) Industrial Security Regulation (DOD 5220.22-R), and the Department of Commerce Export Administration Regulations

EXHIBIT A
Page 56



(15 CFR PT. 730 et seq.).  Subcontractor further acknowledges that these statutes and regulations impose restrictions on the import, export, and transfer to foreign firms, institutions or persons, of certain categories of technology, and that licenses from the U.S. Department of State and/or the U.S. Department of Commerce may be required before such technology can be disclosed hereunder and that such licenses may impose further restrictions on the use and further disclosure of such technology.

(c)  Subcontractor shall indemnify and hold Contractor harmless from and against any and all claims, costs, liabilities, penalties, losses, fines, damages, or expenses (including, but not limited to, reasonable legal and professional fees and expenses) arising out of claims, lawsuits, allegations, or charges that may be incurred by or imposed upon Contractor, in connection with Subcontractor's violation(s) of such laws and regulations set forth above in this Article, failure to comply with the provisions of this Article and/or breach of the warranties set forth above in this Article.  Any failure of Subcontractor to comply with the requirements contained in this Article shall be considered to be a material breach of this Subcontract.

## Article XXXV Examination of Records by the Government

Subcontractor shall maintain adequate books and records relating to this Subcontract, including expended labor, materials, equipment, supplies, and services, and other costs and expenses reimbursed by Contractor.  Such records shall be made available to the Government for examination and audit at reasonable times at Subcontractor's facility for three (3) years after final payment hereunder, or for the time periods specified in FAR Subpart 4.7, whichever is later.  The purpose of such examination shall be: (a) for the Government to obtain complete information concerning the time worked, reimbursed costs, expenses, and allowances pertaining to this Subcontract to the extent and in such detail as will properly reflect all charged prices and reimbursed costs for labor, materials, equipment, supplies, and services, and other costs and expenses of whatever nature for which compensation or reimbursement is claimed under the provisions of this Subcontract; (b) for use by the Government in future price negotiations on this or other procurement actions; and (c) for any required adjustments and settlements.  All information so obtained shall be treated as proprietary.

## Article XXXVI –Hiring of Employees

During the period of this Subcontract, including any extension(s) thereto, and for one (1) year thereafter, neither Party shall directly or indirectly solicit, recruit, or hire as its employee or agent, any then current employee of the other Party assigned to or participating in the Work hereunder without the prior written consent of the Party employing such individual.  The foregoing is not to be construed as a prohibition against routine, commercial, indirect solicitation or recruiting processes (e.g., via newspaper advertisement or Internet advertisement), but shall be construed as a prohibition against direct solicitations and hires.  This clause shall in no way be construed to restrict, limit, or encumber the rights of any employee granted by law.

## Article XXXVII - Standards of Business Ethics & Conduct

Contractor is committed to conducting its business fairly, impartially, and in an ethical and proper manner. These characteristics make it imperative that Contractor employees adhere to a particularly high ethical standard in accordance with Contractor's Code of Conduct. Contractor's expectation is that Subcontractor also will conduct its business fairly, impartially and in an ethical and proper manner.  In addition, Contractor strongly encourages that Subcontractor to have proactive and





meaningful ethics and compliance programs established within its organization. Contractor expects the Subcontractor to understand, foster, and mirror the ethical conduct expected from our employees in all business transactions.

<u>Article XXXVIII – Protection of Trade Secrets, Confidential, and Proprietary Data</u>

Subcontractor acknowledges that, through this Subcontract, Contractor may provide Subcontractor access to trade secrets, customers and their confidential data, competitively useful information, and/or confidential and proprietary data and information that may harm or disadvantage Contractor in any subsequent, Government follow-on contract. Therefore, as a condition for Contractor's agreement to enter into this Subcontract, Subcontractor agrees that during the term of this Subcontract and for a period of ninety (90) days following expiration or termination of this Subcontract, Subcontractor will not compete with the business of Contractor for any follow-on contract for the specific services or work provided by Subcontractor under this Subcontract, whether the follow-on contract is for the continuation of all or only a portion of the work under this Subcontract, by teaming with another prime contractor or other team unless authorized by Contractor.  This Clause shall only apply should the Contractor either or indirectly as a joint venture be able to serve as the Prime Contractor for such follow on efforts.

Consistent with FAR 52.203-6, this non-compete does not preclude Subcontractor from selling the same services directly to the Government. Subcontractor acknowledges that this non-compete provision is reasonably necessary to protect Contractor's business interests and agrees that Contractor will be irreparably harmed if Contractor seeks injunctive relief to enforce this provision. Contractor will provide Subcontractor with an opportunity to team on the follow-on or recompete of this work.

<u>Article XXXIX - Order of Precedence</u>

The documents listed below are hereby incorporated into and made part of this Subcontract. In the event of an inconsistency or conflict between or among the provisions of this Subcontract, the inconsistency shall be resolved by giving precedence in the following order:

1. Subcontract Specific Terms and Conditions (this Agreement)
2. Attachment I:  Schedule B Part I: FAR Prime Contract Terms and Conditions (Rev. 3).
3. Attachment II:  Schedule B Part II: VA Prime Contract Terms and Conditions (Rev. 3)
4. Attachment III:  Statement of Work dated August 1, 2024
5. Attachment IV:  Labor Category Descriptions
6. Attachment V:  Using the Subcontractor Portal
7. Attachment VI:  Closeout Package

<u>Article XL - Non-Waiver of Rights</u>

The failure of a Party to insist upon strict performance of any of the terms and conditions in the Subcontract, or to exercise any rights or remedies, shall not be construed as a waiver of its rights to assert any of the same or to rely on any such terms or conditions at any time thereafter. The invalidity in whole or in part of any term or condition of this Agreement shall not affect the validity of other parts hereof.

EXHIBIT A
Page 58





Article XLI - Headings and Interpretations

The Articles and Section headings are for reference and convenience only and shall not enter into the interpretation of any of the provisions of this Agreement.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Agreement, effective as of the date first shown above.

Veterans EZ Info, Inc.                    Initiate Government Solutions, LLC

By: *Earleen Smith*                       By: _____
Name: Earleen K. Smith                    Name: Claudine Beron
Title:  Director, Contracts & Regulatory  Title: CEO
Affairs Date:   08/23/2024                Date:  8/23/24