## INDEX TO EXHIBITS

| Exhibit No. | Description | Page(s) |
|---|---|---|
| A | True and correct copy of Subcontract Number IGS-T4NG-TO26-HMDM | 21-51 |
| B | True and correct copy of Declaration of John E. Baumbauer dated October 10, 2025 | 52-61 |
| C | True and correct copy of Declaration of Bryan F. Walker dated October 13, 2025 | 62-68 |
| D | True and correct copy of Declaration of Clayton A. Henry dated October 10, 2025 | 69-71 |
| E | True and correct copy of Declaration of Joseph A. Kopra dated October 10, 2025 | 72-78 |
| F | True and correct copy of Declaration of Michael L. Baker dated October 10, 2025 | 79-91 |
| G | True and correct copy of September 8, 2025 Letter from Attorney Eriksson to Attorney Maheshwari | 92-96 |
| H | True and correct copy of September 8, 2025 Letter from Attorney Eriksson to Attorney Lee | 97-100 |
| I | True and correct copy of September 10, 2025 Letter from Attorney Price to Attorney Eriksson | 101-103 |

20                    Case No. 25-CV-02658-W-AHG

DEFENDANT/COUNTERCLAIMANT INITIATE GOVERNMENT SOLUTIONS, LLC'S THIRD PARTY COMPLAINT